**United States Bankruptcy Court**
**Southern District of New York**

**IN RE:**                                                    Case No. _____

Dreier, Marc S                                          _____ Chapter **7** _____
                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER | |
|---|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 10,400,000.00 plus | | | uul |
| B - Personal Property | Yes | 5 | $ 11,900,000.00 plus | | | uul |
| C - Property Claimed as Exempt | Yes | 1 | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ unknown 0.00 | | uul |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ unknown 0.00 | | uul |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $ unknown 0.00 | | uul |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | | |
| H - Codebtors | Yes | 1 | | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 0.00 | |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 0.00 | |
| TOTAL | | 32 | $ 22,300,000.00 plus uul | $ 0.00 unknown uul | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

IN RE:                                                    Case No. _____

<u>Dreier, Marc S</u>                                          Chapter **7** _____

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | ~~0.00~~ *unknown* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | ~~0.00~~ *unknown* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | ~~0.00~~ *unknown* |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 0.00 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 0.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S**                                    Case No. _____
                  Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 109 Dune Road, East Quogue, New York | Fee Simple | | 3,800,000.00 | 0.00 |
| 111 Dune Road, East Quogue, New York | Fee Simple | | 6,600,000.00 | 0.00 |
| 151 East 58th Street, #34C, New York, New York | Fee Simple | | unknown | 0.00 |
| 27 Meadow Lane, Westhampton Beach, New York Debtor owns property jointly with his former spouse | Jointly Held with Former Spouse | J | unknown | 0.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

TOTAL        10,400,000.00 *plus*        ℳℳ

(Report also on Summary of Schedules)

IN RE Dreier, Marc S _____  Case No. _____
                    Debtor(s)                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bear Sterns Account ending in 5516**<br>**City National Bank Account ending in 5798 (Dreier Stein Kahan Browne Woods & George, LLP)**<br>**City National Bank Account ending in 7394 (Dreier Stein Kahan Browne Woods & George, LLP) Closed May 2008**<br>**City national Bank Account ending in 7408 (Dreier Stein Kahan Browne Woods & George, LLP) Closed May 2008**<br>**City national Bank Account ending in 8153 (Dreier Stein Kahan Browne Woods & George, LLP) Closed May 2008**<br>**City national Bank Account ending in 7967 (Dreier Stein Kahan Browne Woods & George, LLP) Closed May 2008**<br>**City national Bank Account ending in 4487 (Dreier Stein Kahan Browne Woods & George, LLP) Closed May 2008**<br>**City national Bank Account ending in 4495 (Dreier Stein Kahan Browne Woods & George, LLP) Closed May 2008**<br>**City national Bank Account ending in 4509 (Dreier Stein Kahan Browne Woods & George, LLP) Closed May 2008**<br>**City National Bank Account ending in 4517 (Dreier Stein Kahan Browne Woods & George, LLP) Closed May 2008**<br>**City national Bank Account ending in 4479 (Dreier Stein Kahan Browne Woods & George, LLP) Closed July 2008**<br>**Commerce Bank Account ending in 4479 (Dreier LLP)**<br>**JP Morgan Chase Bank Account ending 5966 (Dreier LLP)**<br>**JP Morgan Chase Bank Account ending 4865 (Dreier LLP)**<br>**JP Morgan Chase Bank Account ending in 0465 (Dreier LLP)**<br>**JP Morgan Chase Bank Account ending in 9465 (Dreier LLP)**<br>**JP Morgan Chase Bank Account ending in 6365 (Dreier LLP)**<br>**JP Morgan Chase Bank Account ending in 7165 (Dreier LLP)**<br>**JP Morgan Chase Bank Account ending in 0651 (Hilco Consumer Capital LLC - Debtor is signor on the account)**<br>**JP Morgan Chase Bank Account ending in 2477 (Account of Gertrude Rothschild - Debtor is signor on the account)**<br>**JP Morgan Chase Bank Account ending in 4191 (Account of Rochelle Gores)**<br><br>**JP Morgan Chase Bank Account ending in 2354 (Dinto Group - Debtor is signor)**<br>**JP Morgan Chase Bank Account ending in 6465 (Dreier LLP)**<br>**JP Morgan Chase Bank Account ending in 9565 (Dreier LLP)**<br>**JP Morgan Chase Bank Account ending in 0865 (Dreier LLP)**<br>**JP Morgan Chase Bank Account ending in 1665 (Dreier LLP)**<br>**JP Morgan Chase Bank Account ending in 3265 (Dreier LLP)**<br>**JP Morgan Chase Bank Account ending in 7565 (Dreier LLP)** | | **unknown**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**unknown** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dreier, Marc S _____ Case No. _____
                                        Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | JP Morgan Chase Bank Account ending in 9965 (Dreier LLP) | | |
| | | JP Morgan Chase Bank Account ending in 6465 (Escrow for TH Gursky) | | unknown |
| | | JP Morgan Chase Bank Account ending in 4191 (Escrow for Rochelle Gores) | | |
| | | JP Morgan Chase Bank Account ending in 9265 | | |
| | | JP Morgan Chase Bank Account ending in 7465 (with Spencer Dreier) | | unknown |
| | | JP Morgan Chase Bank Account ending in 5065 (with Jackie Dreier) | | |
| | | JP Morgan Chase Bank Account ending in 1665 (Dreier LLP) | | |
| | | JP Morgan Chase Bank Account ending in 0065 (Four Winds Holdings) | | |
| | | JP Morgan Chase Bank Account ending in 0165 (111 Dune Rd. LLC) | | |
| | | Metropolitan National Bank Account ending in 0026 (Dreier LLP) | | unknown |
| | | Metropolitan National Bank Account edning in 3356 (Dreier LLP) | | |
| | | Morgan Stanley Account ending in 8020 | | unknown |
| | | Morgan Stanley Account ending in 8022 | | |
| | | Morgan Stanley Account ending in 1276 (Dreier LLP) | | |
| | | Morgan Stanley Account ending in 1436 (Dreier Stein Kahan Browne Woods George, LLP) | | |
| | | Pali Capital Inc. Account ending in 3655 | | |
| | | Pali Capital Inc. Account ending in 4635 (Armada Paterner LP) | | |
| | | Wachovia Account ending in 1046 (Dreier LLP) | | |
| | | Wachovia Account ending in 1088 (Dreier LLP) | | |
| | | Wachovia Account ending in 1511 (Dreier LLP) | | |
| | | Wachovia Account ending in 1537 (Dreier LLP) | | |
| | | Wachovia Account ending in 2028 (Dreier LLP) | | |
| | | Wachovia Account ending in 0634 (Dreier LLP) | | |
| | | Wachovia Account ending in 1879 (Dreier LLP) | | |
| | | Wachovia Account ending in 4599 (Dreier LLP) | | |
| | | Wachovia Account ending in 7740 (Dreier LLP) | | |
| | | Wachovia Account ending in 7753 (Dreier LLP) | | |
| | | Wachovia Account ending in 7766 (Dreier LLP) | | |
| | | Wachovia Account ending in 1091 (Dreier LLP acct closed October 2008) | | |
| | | Wachovia Account ending in 0650 (Dreier LLP Payroll acct closed Sept. 2008) | | |
| | | Wachovia Account ending in 8695 | | |
| | | Wachovia Account ending in 5673 (CAP Account closed July 2008) | | |
| | | Wachovia Account ending in 9857 (brokerage acct. closed July 2008) | | |
| | | Wachovia Account ending in 0358 (MEA Properties LLC) | | |
| | | Wachovia Account ending in 4515 (MSD Beacon LLC) | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Various Security Deposits | | unknown |

**IN RE** Dreier, Marc S _____ Case No. _____
Debtor(s)                         (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household Good and Furnishings (see attached inventory lists for 109 and 111 Dune Road properties only)** | | unknown |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Various art objects (see attached inventory list)** | | unknown |
| 6. Wearing apparel. | | **Ordinary Clothing** | | unknown |
| 7. Furs and jewelry. | | **Piaget Watch in the possession of Kosta S. Kovachev** | | unknown |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **C Goodman Life Insurance Account Number - WHE0000783** | | unknown |
| | | **Guardian Life Insurance** | | unknown |
| | | **Nationwide Life Insurance Policy Number 43073640** | | unknown |
| | | **William Penn - Life Insurance Account Number 307324** | | unknown |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Entertainment Strategies Group, LLC** **100% interest in Dreier Sports Opportunities Group** | | unknown |
| | | **15,000 shares of Axiom Management Inc. subject to asset freeze** | | unknown |
| | | **80,000 shares of Avalon Capital Holdings subject to asset freeze** | | unknown |
| | | **80,000 shares Series B Common Stock of YS Interactive Corp. subject to asset freeze** | | unknown |
| | | **9,294 shares of Nortel Networks Corp.** | | unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | **100% interest in Dreier, LLP** **100% interest in Pitta & Dreier, LLP** **100% interest in Pitta, Bishop, Del Giorno & Dreier, LLP** **100% interest in Schlesinger, Gannon & Lazetera, LLP** **100% interest in Berry, Block & Bernstein, LLP** **100% interest in Dreier Stein Kahan Brown Woods George, LLP** **100% interest in Mason Miller, LLP** 75% interest in MEA Properties | | unknown |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____  Case No. _____
Debtor(s) (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Various accounts receivable from Pitta & Dreier, LLP, Pitta, Bishop, Del Giorno & Dreier, LLP, Schlesinger, Gannon & Lazetera, LLP, Berry, Block & Bernstein, LLP,  and Dreier Stein Kahan Brown Woods George LLP** | | unknown |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Personal Loan to Mitchell Dreier** | | 300,000.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Aston Martin** <br> **1997 Mercedes Benz SL500** <br> **2006 BMW 650i** <br> **2008 Mercedes Benz S500** <br> **(All vehicles owned by the Debtor have been seized by the US Marshall)** | | unknown |
| 26. Boats, motors, and accessories. | | **2002 Yamaha FX 140 - Personal Watercraft** <br> **2004 Yamaha FX 160 - Personal Watercraft** <br> **2005 Hessen Motor Yacht** <br> **"Lady Seascape" Repossessed by bank** | | unknown <br> unknown <br> 11,600,000.00 |
| 27. Aircraft and accessories. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, furnishings, and supplies located at the offices of Dreier Stein Kahan in Santa Monica, California, and Brown Woods George, LLP in Century City, California** | | **unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Contents of Storage Container located at 780 East 133rd Street, Bronx, NY See itemized list attached** | | **unknown** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**TOTAL** | 11,900,000.00 | plus

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

**IN RE** Dreier, Marc S _____ Case No. _____
　　　　　　　　　Debtor(s) 　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:　　☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S**                                          Case No. _____
_____
Debtor(s)                                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0011164077-7**<br>**Citi Mortgage**<br>**P.O. Box 183040**<br>**Columbus, OH 43218** | X | | **First Mortgage for 27 Meadow Lane**<br><br>VALUE $ | | X | | **unknown** | |
| ACCOUNT NO.<br>**JP Morgan Chase**<br>**National Legal Processing**<br>**451 Florida Street, 3rd Floor**<br>**Baton Rougue, LA 70826** | | | **First Mortgage for 109 Dune Road Property**<br><br>VALUE $ **3,800,000.00** | | X | | **unknown** | |
| ACCOUNT NO.<br>**JP Morgan Chase**<br>**National Legal Processing**<br>**451 Florida Street, 3rd Floor**<br>**Baton Rougue, LA 70826** | | | **2nd Mortgage for 109 Dune Road Property**<br><br>VALUE $ **3,800,000.00** | | X | | **unknown** | |
| ACCOUNT NO.<br>**JP Morgan Chase**<br>**National Legal Processing**<br>**451 Florida Street, 3rd Floor**<br>**Baton Rougue, LA 70826** | | | **First Mortgage for 111 Dune Road Property**<br><br>VALUE $ **6,600,000.00** | | X | | **unknown** | |

_**1**_ continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ | $ |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ | $ |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

IN RE **Dreier, Marc S** _____ Case No. _____
Debtor(s)            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NYS Dept Of Taxation And Finance Bankruptcy Unit - TCD Bldg 8 Rm 455 W.A. Harriman State Campus Albany, NY 12227** | | | **Tax Lien - 111 Dune Road Property**<br><br>VALUE $ **6,600,000.00** | X | X | | **unknown** | |
| ACCOUNT NO. **3740134C01**<br><br>**One Beacon Court 200 Madison Avenue, 5th Floor New York, NY 10016** | | | **Common Charges for 151 East 58th Street, Apt. 34C**<br><br>VALUE $ | | X | | **unknown** | |
| ACCOUNT NO.<br><br>**Wachovia C/O McCarter & English LLP 245 Park Avenue, 27th Floor New York, NY 10167** | | | **First Mortgage for 151 East 58th Street, New York, New York**<br><br>VALUE $ | | X | | **unknown** | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no.   **1** of   **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

          Subtotal   $        $
(Total of this page)

          Total   $        $
(Use only on last page)

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____
Debtor(s)              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S**                                          Case No. _____
_____                        _____
                    Debtor(s)                                     (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

---

### Domestic Support Obligations

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Elisa Dreier<br>425 East 58th Street, 37A/B And 38 A<br>New York, NY 10022 | | | Domestic Support Obligations | | X | | unknown | | |
| ACCOUNT NO.<br>Yann Geron, Esq.<br>Fox Rothschild, LLP<br>100 Park Avenue, Suite 1500<br>New York, NY 10017 | | | Assignee or other notification for:<br>Elisa Dreier | | | | | | |
| ACCOUNT NO.<br>Jackie Dreier<br>425 East 58th Street 37 A/B And 38A<br>New York, NY 10022 | | | Child Support Obligations | | X | | unknown | | |
| ACCOUNT NO.<br>Spencer Dreier<br>151 East 58th Street, #34C<br>New York, NY 10022 | | | Child Support Obligations | | X | | unknown | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ | $ | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____  Case No. _____
                          Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Town Of Southampton Theresa Kiernan Reciever Of Taxes 116 Hampton Road Southampton, NY 11968** | | | **Property taxes due for 109 Dune Road Property** | | | X | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ | $ | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Dreier, Marc S</u>          Case No. _____
Debtor(s)                                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **26089**<br><br>**A Carriage Regal**<br>**11803 Wilkshire Boulevard**<br>**Los Angeles, CA 90049** | | | **Dry Cleaner Invoice** | | X | | unknown |
| ACCOUNT NO.<br><br>**Advantage Testing**<br>**Tutoring And Test Preparation**<br>**210 Easth 86th Street**<br>**New York, NY 10022** | | | **tutuoring for Debtor's daughter** | | X | | unknown |
| ACCOUNT NO. **2191**<br><br>**Affordable Air Conditioning**<br>**274-C West Montauk Hwy**<br>**Hampton Bays, NY 11946** | | | **Service invoice for 111 Dune Road** | | X | | unknown |
| ACCOUNT NO. **0004001425105**<br><br>**AIG**<br>**P.O. Box 35423**<br>**Newark, NJ 07193** | | | **Flood Insurance - 111 Dune Road** | | X | | unknown |

__**15**__ continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $ |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

IN RE **Dreier, Marc S** _____ Case No. _____
  Debtor(s)                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0004001425110**<br>**AIG**<br>**P.O. Box 35423**<br>**Newark, NJ  07193** | | | **Unpaid Insurance Premiums - Homeowners**<br>**151 East 58th Street, #34C, New York, New York** | X | | | unknown |
| ACCOUNT NO. **0001575767**<br>**AIG**<br>**P.O. Box 35423**<br>**Newark, NJ  07193** | | | **Unpaid Insurance Premiums - Homeowners**<br>**27 Meadow Lane, Westhampton Beach, New York** | X | | | unknown |
| ACCOUNT NO. **0004007109102**<br>**AIG**<br>**P.O. Box 35423**<br>**Newark, NJ  07193** | | | **Homeowners and vehicle insurance for Elisa**<br>**Dreier** | X | | | unknown |
| ACCOUNT NO. **0004001425104**<br>**AIG**<br>**P.O. Box 35423**<br>**Newark, NJ  07193** | | | **Unpaid premiums - personal auto insurance** | X | | | unknown |
| ACCOUNT NO. **0006570495**<br>**AIG Centennial Insurance Company**<br>**100 Connell Drive, Suite 2100**<br>**Berkeley Heights, NJ  07922** | | | **Unpaid Boatowners Insurance Premiums** | X | | | unknown |
| ACCOUNT NO. **857760**<br>**Amalgamated**<br>**P.O. Box 1006**<br>**Old Bridge, NJ  08857** | | | **Debt Collection** | X | | | unknown |
| ACCOUNT NO.<br>**Amaranth Partners LLC**<br>**1 American Lane**<br>**Greenwich, CT  06831-2560** | | | **Possible Victim** | X | | | unknown |

Sheet no. **1** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dreier, Marc S _____ Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Andrew Howard Sherman <br>Sills Cummis Epstein & Gross PC <br>30 Rockefeller Plaza <br>New York, NY 10112 | | | Possible Vicitm | | X | | unknown |
| ACCOUNT NO. 512023151239 <br><br>AT&T <br>P.O. Box 537104 <br>Atlanta, GA 30353 | | | Wireless Phone Invoice | | X | | unknown |
| ACCOUNT NO. 512022814169 <br><br>AT&T <br>P.O. Box 537104 <br>Atlanta, GA 30353 | | | Wireless Phone Invoice | | X | | unknown |
| ACCOUNT NO. <br><br>Audio Command Systems <br>694 Main Street <br>Westbury, NY 11590 | | | 109 Dune Road and 111 Dune Road | | X | | unknown |
| ACCOUNT NO. <br><br>BCE, Inc. <br>100 Rue De La Gauchetiere Quest <br>Bureau 3700 <br>Montreal PQ, H3B4Y7 | | | Possible victim | | X | | unknown |
| ACCOUNT NO. <br><br>Berdon LLP <br>1 Jericho Plaza Ste 160 <br>Jericho, NY 10019-2701 | | | Possible Victim | | X | | unknown |
| ACCOUNT NO. 16914; 16862 <br><br>Bradie Lawn Sprinkler <br>P.O. Box 509 <br>Quogue, NY 11959 | | | Winterization for 109 Dune Road | | X | | unknown |

Sheet no. __2__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  S
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   S

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S**                                    Case No. _____
　　　　　　　　　　Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **000499** <br><br> **Brentwood Country Club** <br> **590 South Burlingame Avenue** <br> **Los Angeles, CA  90049** | | | Membership Dues | X | | | unknown |
| ACCOUNT NO. **07839322928027** <br><br> **Cablevision** <br> **P.O. Box 9256** <br> **Chelsea, MA  02150** | | | Utility Invoice for 27 Meadow Lane | X | | | unknown |
| ACCOUNT NO. <br><br> **Cablevision** <br> **P.O. Box 9256** <br> **Chelsea, MA  02150** | | | Cable Invoice for 109 Dune Road | X | | | unknown |
| ACCOUNT NO. **MarKD-1** <br><br> **Carbone & Molloy Insurance** <br> **346 Maple Avenue** <br> **Westbury, NY  11590** | | | Life Insurance | X | | | unknown |
| ACCOUNT NO. **dreier** <br><br> **Chips Evergreen** <br> **P.O. Box 142** <br> **East Moriches, NY  11940** | | | Landscaping 109 Dune Road and 111 Dune Road | X | | | unknown |
| ACCOUNT NO. <br><br> **Concordia Advisors LLC/Concordia Partner** <br> **1350 Ave Of The Americas** <br> **New York, NY  10019-4702** | | | Possible victim | X | | | unknown |
| ACCOUNT NO. <br><br> **Concordia MAC29 LTD** <br> **Ugland House S Church Street** <br> **PO Box 309 GT Grand Cayman** <br> **Cayman Island,   BWI** | | | Possible Victim | X | | | unknown |

Sheet no. ___**3**___ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Context Advantage (Master) Fund<br>Strathvale House<br>POB 1343 GT Ground FL N Church Street<br>Georgetown Grand Cayman, KY1-1108 | | | Possible Victim | | X | | unknown |
| ACCOUNT NO.<br>Context Advantage Fund LP<br>12626 Higa Pl<br>San Diego, CA 92128 | | | Possible Victim | | X | | unknown |
| ACCOUNT NO.<br>Context Capital Management LLC<br>289 Greenwich Avenue Ste 4<br>Greenwich, CT 06830-6562 | | | Possible Victim | | X | | unknown |
| ACCOUNT NO.<br>Context Capital Management LLC HQ<br>12626 High Bluff Dr<br>San Diego, CA 92430-2070 | | | Possible Victim | | X | | unknown |
| ACCOUNT NO.<br>Context Capital Management LLC HQ<br>12626 High Bluff Dr<br>San Diego, CA 92130-2070 | | | Possible Victum | | X | | unknown |
| ACCOUNT NO.<br>Crozier Fine Arts Inc.<br>525 West 20th Street<br>New York, NY 10011-2831 | | | Service Invoice -<br>wrapping and Packaging for personal art during ceiling leak. | | X | | unknown |
| ACCOUNT NO. 50271<br>D.C. Electric<br>12 Old Country Road<br>Quogue, NY 11959 | | | Service Invoice for 111 Dune Road | | X | | unknown |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **4** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

IN RE **Dreier, Marc S** _____ Case No. _____
  Debtor(s)                                                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>David Rosante<br>P.O. Box 1310<br>Quogue, NY  11959 | | | 15% of all billing in East Quogue | X | | | unknown |
| ACCOUNT NO. 06257960<br>Direct TV<br>P.O. Box 11732<br>Newark, NJ  07101 | | | Cable for 111 Dune Road | X | | | unknown |
| ACCOUNT NO. 200803171<br>Dockers Waterside Restaurant & Marina<br>94 Dune Road<br>P.O. Box 681<br>East Quogue, NY  11942-0681 | | | seasonal dockage fees for wave runner | X | | | unknown |
| ACCOUNT NO.<br>Dreier LLP<br>C/O Sheila Gowan, Chapter 11 Trustee<br>620 Eighth Avenue, 39th Fl<br>New York, NY  10018 | | | Chapter 11 Operating Trustee for Dreier LLP | X | | | unknown |
| ACCOUNT NO. 6707<br>East End Sanitation<br>P.O. Bos 289<br>West Hampton Bay, NY  11978 | | | Sanitation for 109 Dune Road and 111 Dune Road | X | | | unknown |
| ACCOUNT NO.<br>Elliot Associates, LP<br>712 5th Avenue<br>New York, NY  10019-4108 | | | Possible victim | X | | | unknown |
| ACCOUNT NO.<br>Epiq Bankruptcy Soluctions, LLC<br>Claims Agent<br>757 Third Avenue, 3rd Floor<br>New York, NY  10017 | | | Claims and Noticing Agent for the bankruptcy case of 360Networks (USA) Inc.<br>Creditors of 360 Networks are potential victims of Debtor's criminal activity | X | | | unknown |

Sheet no. **5** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____
        Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Epsilon<br>66 Avenue Des Gobelins<br>Paris,   75013 | | | Possible Victim | | X | | unknown |
| ACCOUNT NO.<br>Eton Park Asset Management<br>825 Third Avenue 8th Fl<br>New York, NY  10022 | | | Possible Victim | | X | | unknown |
| ACCOUNT NO. bfl99.0231105<br>Fidelity National Property And Casualty<br>Charles Goodman And Co Ltd<br>1210 Pleasantville Road<br>Briarcliff Manor, NY  10510 | | | Homeowners Policy for 111 Dune Road | | X | | unknown |
| ACCOUNT NO. 743<br>FilWaTec, Inc.<br>3013 NE 12th Terrace<br>Oakland Park, FL  33334 | | | Repairs to Seascape | | X | | unknown |
| ACCOUNT NO. 1043204<br>Fleishman Hillard<br>Postal Station A<br>P.O. Box 8886<br>Toronto Ontario M5W 1P8,   Canada | | | International Communications | | X | | unknown |
| ACCOUNT NO.<br>Fortress Credit Corp<br>1345 Ave Of The Americas<br>New York, NY  10020-1300 | | | Possible Victim | | X | | unknown |
| ACCOUNT NO.<br>G.C. Painting<br>216 West Montauk Highway<br>Hampton Bays, NY  11946 | | | Invoice 111 Dune Road | | X | | unknown |

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2008186;2008397; 2008434**<br><br>**Gandia Blasco**<br>**217 East 59th Street**<br>**New York, NY 10022** | | | Outdoor deck beds (2)<br>Storage fees | | X | | unknown |
| ACCOUNT NO. **dreier**<br><br>**Green Turf**<br>**24 Chestnut Street**<br>**Coram, NY 11727** | | | Lawn care for 109 Dune Road | | X | | unknown |
| ACCOUNT NO.<br><br>**GSO Capital Partners LP**<br>**280 Park Avenue F 11**<br>**New York, NY 10017-1216** | | | Possible Victim | | X | | unknown |
| ACCOUNT NO.<br><br>**GSO Capital Partners LP**<br>**11 Greenway Pl Ste 3050**<br>**Houston, TX 77046-1122** | | | Possible Victim | | X | | unknown |
| ACCOUNT NO. **DRR300**<br><br>**Hallak Cleaners**<br>**1232 2nd Avenue**<br>**New York, NY 10021** | | | Personal Cleaners | | X | | unknown |
| ACCOUNT NO. **19319; 19512; 19545**<br><br>**Hampton Pest Control**<br>**P.O. Box 6687**<br>**Qogue, NY 11959** | | | Pest control 109 Dune Road and 111 Dune Road | | X | | unknown |
| ACCOUNT NO. **DREI, M**<br><br>**Hampton Watercraft Marina**<br>**296 Newton Road**<br>**Hampton Bays, NY 11946** | | | Docking/Storage fees for jet skis | | X | | unknown |

Sheet no. **7** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Harmoni Club<br>4 East 60th Street<br>New York, NY 10022 | | | Private club fees | | X | | unknown |
| ACCOUNT NO. **138078**<br><br>International Detail<br>2266 Barry Avenue<br>Los Angeles, CA 90064 | | | Car wash charge | | X | | unknown |
| ACCOUNT NO. **DREIM1**<br><br>J Tortorella Pools<br>296 West Montauk Highway<br>Hampton, NY 11946 | | | Pool maintenance for 111 Dune Road Property | | X | | unknown |
| ACCOUNT NO. <br><br>John Filker<br>102 West 130th Street, #1<br>New York, NY 10027 | | | Art installation | | X | | unknown |
| ACCOUNT NO. <br><br>Jointly Administered Estates of<br>360 Networks (USA) Et Al<br>2101 4th Avenue Ste 2000<br>Seattle, WA 98121-2314 | | | Possible Victim | | X | | unknown |
| ACCOUNT NO. <br><br>Jolanta | | | Personal Housekeeper | | X | | unknown |
| ACCOUNT NO. <br><br>Law Offices of Gerald L. Shargel<br>570 Lexington Avenue, 45th Floor<br>New York, NY 10022 | | | Legal Fees | | X | | unknown |

Sheet no. **8** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____
Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5108373772<br>Lexington 58th Street Parking<br>150 East 58th Street<br>New York, NY 10155 | | | Garage Invoice for Mercedes 500 | | X | | unknown |
| ACCOUNT NO. 05727001223<br>Long Island Power Authority<br>Brooklyn Union Of Long Island<br>175 East Old Country Road<br>Hicksville, NY 11801 | | | Utility Invoice - 27 Meadow Lane Property | | X | | unknown |
| ACCOUNT NO. 07073006533<br>Long Island Power Authority<br>Brooklyn Union Of Long Island<br>175 East Old Country Road<br>Hicksville, NY 11801 | | | Utility Invoice for 109 Dune Road Property | | X | | unknown |
| ACCOUNT NO. 97746309505<br>Long Island Power Authority<br>Brooklyn Union Of Long Island<br>175 East Old Country Road<br>Hicksville, NY 11801 | | | Utility Invoice for 111 Dune Road Property | | X | | unknown |
| ACCOUNT NO.<br>Lynn Conte<br>P.O. Box 271<br>Quogue, NY 11959 | | | Houskeeper for 109 Dune Road and 111 Dune Road Properties | | X | | unknown |
| ACCOUNT NO. 5588-2130-0207-4480<br>Mastercard<br>Cardmember Services<br>P.O. Box 15153<br>Wilmington, DE 19886 | X | | Revolving Credit | | X | | unknown |
| ACCOUNT NO.<br>Mendenhall Fuel<br>575 Montauk Highway<br>East Quogue, NY 11942 | | | Tank #1 Fuel for 111 Dune Road | | X | | unknown |

Sheet no. **9** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____

Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2786** <br> **Mendenhall Fuel** <br> **575 Montauk Highway** <br> **East Quogue, NY 11942** | | | Tank #2 fuel for 111 Dune Road Property | X | | | unknown |
| ACCOUNT NO. <br> **Meyer Venture Partners, LP** <br> **767 5th Avenue 18th Floor** <br> **New York, NY 10153** | | | Possible victim | X | | | unknown |
| ACCOUNT NO. **6165; 6166** <br> **Michael Algozzino** <br> **371 Riverhead Road** <br> **Westhampton Beach, NY 11978** | | | Winterization for 109 Dune Road and 111 Dune Road Properties | X | | | unknown |
| ACCOUNT NO. **4-Dec-08** <br> **Michael Braverman Design** <br> **150 West 25th Street, Suite 402** <br> **New York, NY 10001** | | | Interior Designer - 151 East 58th Street, Apt. 34C | X | | | unknown |
| ACCOUNT NO. **26501** <br> **MTC Security** <br> **P.O. Box 1706** <br> **East Quogue, NY 11959** | | | Alarm Service 109 Dune Road and 111 Dune Road Properties | X | | | unknown |
| ACCOUNT NO. **48-79987-9** <br> **New York State Department Of Labor** <br> **Unemployment Insurance Division** <br> **P.O. Box 15122** <br> **Albany, NY 12212-5122** | | | Berry Block & Bernstein Associates - Umemployment Insurance | X | | | unknown |
| ACCOUNT NO. <br> **Novator** <br> **25 Park Avenue** <br> **Mayfair** <br> **London, W1K1RA** | | | Possible Victim | X | | | unknown |

Sheet no. **10** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____
       Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Novator Credit Luxembourg SARI <br> 16 Rue Jean L'Aveugle <br> Luxembourg,    L-1148 | | | Possible Victim | | X | | <br><br><br> unknown |
| ACCOUNT NO. <br><br> Official Committee Of Unsecured Creditor <br> Sidley Austin Brown & Wood LLP <br> 787 Seventh Avenue <br> New York, NY 10019 | | | Unsecured Creditor Committee for 360networks (USA) Inc. <br> Creditors of 360networks are potential vicitims of the Debtor's criminal activities | | X | | <br><br><br> unknown |
| ACCOUNT NO. <br><br> Ontario Teacher's Pension Plan <br> 5650 Yonge St <br> Toronto <br> Ontario,   M2M 4H5 | | | Possible Victim | | X | | <br><br><br> unknown |
| ACCOUNT NO. <br><br> Ontario Teacher's Pension Plan <br> 375 Park Avenue Ste 3508 <br> New York, NY 10152 | | | Possible Victim | | X | | <br><br><br> unknown |
| ACCOUNT NO. 124622 <br><br> Peconic Propane <br> 3947 Middle Country Road <br> Calverton, NY 11933 | | | Gas for 109 Dune Road Property | | X | | <br><br><br> unknown |
| ACCOUNT NO. 142616 <br><br> Peconic Propane <br> 3947 Middle Country Road <br> Calverton, NY 11933 | | | Gas for 111 Dune Road Property | | X | | <br><br><br> unknown |
| ACCOUNT NO. 124610L <br><br> Peconic Propane <br> 3947 Middle Country Road <br> Calverton, NY 11933 | | | Gas for 27 meadow Lane | | X | | <br><br><br> unknown |

Sheet no. **11** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dreier, Marc S _____ Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Perella Weinberg Partners <br> 767 5th Avenue Fl 5 <br> New York, NY 10153-0008 | | | Possible Victim | | X | | unknown |
| ACCOUNT NO. 76241008 <br> Peter Insull's <br> La Gallerie Du Port <br> 8 Boulevard D'aguillon <br> 0660 Antibes France, | | | Staffing Service for Seascape | | X | | unknown |
| ACCOUNT NO. <br> Phillip Marks <br> 92 Lois Street <br> Bristol, CT 06010-7544 | | | Possible Victim | | X | | unknown |
| ACCOUNT NO. DREMAR <br> Plant Specialists <br> 42-25 Vernon Boulevard <br> Long Island City, NY 11101 | | | Landscapers for 151 East 58th Street, Apt. 34C | | X | | unknown |
| ACCOUNT NO. 7826 <br> ProCorM <br> 247 Old Riverhead Road <br> West Hampton, NY 11978 | | | Tennis Court Maintenance for 111 Dune Road Property | | X | | unknown |
| ACCOUNT NO. 13357 <br> Radio Holland <br> Eekhout Straat 2 3087 AB Rotterdam <br> Postbus 5068 3008 AB Rotterdam | | | Satellite Service aboard Seascape | | X | | unknown |
| ACCOUNT NO. <br> Solow Realty Development Company <br> 9 W 57th Street Ste 4500 <br> New York, NY 10019-2701 | | | Possible Victim | | X | | unknown |

Sheet no. 12 of 15 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____
Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3000368143** <br><br>**Suffolk County Water** <br>**2045 Route 112, Suite 5** <br>**Coram, NY 11727** | | | **Water Invoice for 27 Meadow Lane Property** | | X | | **unknown** |
| ACCOUNT NO. **3000428136** <br><br>**Suffolk County Water** <br>**2045 Route 112, Suite 5** <br>**Coram, NY 11727** | | | **Water Invoice for 111 Dune Road Property** | | X | | **unknown** |
| ACCOUNT NO. **3000465754** <br><br>**Suffolk County Water** <br>**2045 Route 112, Suite 5** <br>**Coram, NY 11727** | | | **Water Invoice for 109 Dune Road Property** | | X | | **unknown** |
| ACCOUNT NO. **31147** <br><br>**Swimming Pools Schoeck** <br>**102 Old Riverhead Road** <br>**Westhampton Beach, NY 11978** | | | **Pool Maintenance at 109 Dune Road Property** | | X | | **unknown** |
| ACCOUNT NO. **8150100019230217** <br><br>**Time Warner Cable** <br>**P.O. Box 9227** <br>**Uniondale, NY 11555** | | | **Cable invoice - 151 East 58th Street, Apt. 34C** | | X | | **unknown** |
| ACCOUNT NO. <br><br>**Twin Maples** <br>**P.O. Box 161** <br>**East Moriches, NY 11940** | | | **Landscaping for 27 Meadow Lane Property** | | X | | **unknown** |
| ACCOUNT NO. **619** <br><br>**Velvet Touch** <br>**780 East 133rd Street** <br>**Bronx, NY 10454** | | | **Storage fees for items at** <br>**780 Ast 133rd Street, Bronx, New York** | | X | | **unknown** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **13** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

**IN RE** Dreier, Marc S         Case No. _____
              Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Verition Fund Management LLC<br>1 American Ln<br>Greenwich, CT 06831-2560 | | | Possible Victim | | X | | unknown |
| ACCOUNT NO. 631-288-5379-240-272<br>Verizon<br>C/O Bankruptcy Group<br>3900 Wasthington Stree, Floor1<br>Wilmington, DE 19802 | | | Utility Invoice - 2 Phone Lines 27 Meadow Lane Property | | X | | unknown |
| ACCOUNT NO. 631-288-2939-163-27-6<br>Verizon<br>C/O Bankruptcy Group<br>3900 Wasthington Stree, Floor1<br>Wilmington, DE 19802 | | | Utility Invoice - 27 Meadow Lane Property | | X | | unknown |
| ACCOUNT NO. 631-288-0517-927278<br>Verizon<br>C/O Bankruptcy Group<br>3900 Wasthington Stree, Floor1<br>Wilmington, DE 19802 | | | Utility Invoice - 109 Dune Road Property | | X | | unknown |
| ACCOUNT NO. 631-653-9724-581270<br>Verizon<br>C/O Bankruptcy Group<br>3900 Wasthington Stree, Floor1<br>Wilmington, DE 19802 | | | Utility Invoice - 111 Dune Road Property | | X | | unknown |
| ACCOUNT NO. 2127529236<br>Verizon<br>C/O Bankruptcy Group<br>3900 Wasthington Stree, Floor1<br>Wilmington, DE 19802 | | | Utility invoice - 151 East 58th Street, Apt. 34C | | X | | unknown |
| ACCOUNT NO.<br>Viola Sommer<br>C/O Rosenberg & Estis, PC<br>733 Third Avenue<br>New York, NY 10017 | | | Unpaid rent for 37 A/B and 38 A 425 East 58th Street, New York, New York<br>(Apartment occupied by Elisa Dreier) | | X | | unknown |

Sheet no. **14** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **105666** <br><br> **Wachovia Financial Services Inc.** <br> **P.O. Box 60557** <br> **Charlotte, NC  28260** | | | **Deficiency for 2005 Hiesem Motor Yacht "Lady Seascape" - Repossessed by bank** | | X | | **unknown** |
| ACCOUNT NO. <br><br> **Willkie Farr & Gallagher, LLP** <br> **787 Seventh Avenue** <br> **New York, NY  10019-6099** | | | **Possible Victim** | | X | | **unknown** |
| ACCOUNT NO. **07-96466** <br><br> **Winter Bros** <br> **1198 Prospect Avenue** <br> **Westbury, NY  11590** | | | **Recycling for 109 Dune Road Property** | | X | | **unknown** |
| ACCOUNT NO. <br><br> **Xerion Partners I LLC** <br> **2 American Ln** <br> **Greenwich, CT  06831-2559** | | | **Possible Victim** | | X | | **unknown** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **15** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Dreier, Marc S</u>              Case No. _____
Debtor(s)                                               (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Viola Sommer**<br>**C/O Rosenberg & Estis, PC**<br>**733 Third Avenue**<br>**New York, NY  10017**<br><br>**Elisa Dreier**<br>**425 East 58th Street, 37 A/B**<br>**New York, NY  10022** | **Lease for apartment 37A/B and 38A 425 East 58th Street, New York, NY** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Dreier, Marc S                                      Case No. _____
                          Debtor(s)                                            (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Capt. Musa Adiguzel<br>Port DePlasiance Union Rd<br>Cole Bay, St. Martin<br>The Netherland, | Mastercard<br>Cardmember Services<br>P.O. Box 15153<br>Wilmington, DE  19886 |
| Elisa Dreier<br>37A/B And 38 A 425 EAst 58th Street<br>New York, NY | Citi Mortgage<br>P.O. Box 183040<br>Columbus, OH  43218 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____
Debtor(s)       (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)      DEBTOR      SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $    **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and Social Security | $ _____ | $ _____ |
|    b. Insurance | $ _____ | $ _____ |
|    c. Union dues | $ _____ | $ _____ |
|    d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $    **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $    **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $    **0.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)    $    **0.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____
Debtor(s)  (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home) — $ _____
   a. Are real estate taxes included?   Yes _____  No ✓
   b. Is property insurance included?   Yes _____  No ✓
2. Utilities:
   a. Electricity and heating fuel — $ _____
   b. Water and sewer — $ _____
   c. Telephone — $ _____
   d. Other _____ — $ _____
   _____ — $ _____
3. Home maintenance (repairs and upkeep) — $ _____
4. Food — $ _____
5. Clothing — $ _____
6. Laundry and dry cleaning — $ _____
7. Medical and dental expenses — $ _____
8. Transportation (not including car payments) — $ _____
9. Recreation, clubs and entertainment, newspapers, magazines, etc. — $ _____
10. Charitable contributions — $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
   a. Homeowner's or renter's — $ _____
   b. Life — $ _____
   c. Health — $ _____
   d. Auto — $ _____
   e. Other — $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
   (Specify) _____ — $ _____
   _____ — $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
   a. Auto — $ _____
   b. Other — $ _____
   _____ — $ _____
14. Alimony, maintenance, and support paid to others — $ _____
15. Payments for support of additional dependents not living at your home — $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) — $ _____
17. Other _____ — $ _____
   _____ — $ _____

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

$ [          ]

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
   a. Average monthly income from Line 15 of Schedule I — $    **0.00**
   b. Average monthly expenses from Line 18 above — $    **0.00**
   c. Monthly net income (a. minus b.) — $    **0.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Dreier, Marc S** _____ Case No. _____
                        Debtor(s)                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **34** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **6/2/09** _____     Signature: _____
                                                   **Marc S Dreier**                                    Debtor

Date: _____     Signature: _____
                                                                                   (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)
_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____                    _____
Signature of Bankruptcy Petition Preparer                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                                          (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571._

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

IN RE:                                                          Case No. _____

Dreier, Marc S                                                 Chapter **7**
_____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE
~~0.00~~          Debtor's Gross Income for 2007, 2008 and 2009 Year to Date in unknown at this time

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE
~~0.00~~          unknown

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Unkown | 0.00 | 0.00 |
|---|---|---|

**None** ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Unknown | | ~~0.00~~ | ~~0.00~~ |

**None** ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Unknown | | ~~0.00~~ | ~~0.00~~ |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wachovia Bank, NA v. Dreier LLP et. al.** Index No.: 08 CV 10605 | Civil | **United States District court for the Southern District of New York** | Stayed |
| **Jackie Sitt v. MSD Beacon LLC et. al.** Index No.: 115295/08 | Civil Action | **Supreme Court of the State of New York County of New York** | Pending |
| **Securities and Exchange Commission v. Dreier** Index No. 08 CIV 10617 | Civil | **United States District Court for the Southern District of New York** | Pending |
| **United States of America v. Dreier** 08 MAG 2676 | Criminal Action | **United States District Court for the Southern District of New York** | |

**None** ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

**None** ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

**None** ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

**None** ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Unknown | | | |

## 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Unkown | | |

## 9. Payments related to debt counseling or bankruptcy

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

## 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Unknown | | |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Unknown | | |

## 12. Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Unknown | | | |

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 150 East 57th Street | Marc S. Dreier | |

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*See Schedule B Items 13 and 14*  *none*

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Unknown | | | | |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: __6/2/09__          Signature _____
                          of Debtor                                    **Marc S Dreier**

Date: _____    Signature _____
                          of Joint Debtor
                          (if any)

_____**0**__ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Southern District of New York

IN RE:                                                          Case No. _____

Dreier, Marc S _____ Chapter **7** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: ____6/2/09____    Signature: _____

                               **Marc S Dreier**                                    Debtor

Date: _____    Signature: _____

                                                              Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A Carriage Regal
11803 Wilkshire Boulevard
Los Angeles, CA  90049


Advantage Testing
Tutoring And Test Preparation
210 Easth 86th Street
New York, NY  10022


Affordable Air Conditioning
274-C West Montauk Hwy
Hampton Bays, NY  11946


AIG
P.O. Box 35423
Newark, NJ  07193


AIG Centennial Insurance Company
100 Connell Drive, Suite 2100
Berkeley Heights, NJ  07922


Amalgamated
P.O. Box 1006
Old Bridge, NJ  08857


Amaranth Partners LLC
1 American Lane
Greenwich, CT  06831-2560


Andrew Howard Sherman
Sills Cummis Epstein & Gross PC
30 Rockefeller Plaza
New York, NY  10112

AT&T
P.O. Box 537104
Atlanta, GA  30353


Audio Command Systems
694 Main Street
Westbury, NY  11590


BCE, Inc.
100 Rue De La Gauchetiere Quest
Bureau 3700
Montreal PQ        H3B4Y7


Berdon LLP
1 Jericho Plaza Ste 160
Jericho, NY  10019-2701


Bradie Lawn Sprinkler
P.O. Box 509
Quogue, NY  11959


Brentwood Country Club
590 South Burlingame Avenue
Los Angeles, CA  90049


Cablevision
P.O. Box 9256
Chelsea, MA  02150


Carbone & Molloy Insurance
346 Maple Avenue
Westbury, NY  11590


Chips Evergreen
P.O. Box 142
East Moriches, NY  11940

Citi Mortgage
P.O. Box 183040
Columbus, OH  43218


Concordia Advisors LLC/Concordia Partner
1350 Ave Of The Americas
New York, NY  10019-4702


Concordia MAC29 LTD
Ugland House S Church Street
PO Box 309 GT Grand Cayman
Cayman Island,     BWI


Context Advantage (Master) Fund
Strathvale House
POB 1343 GT Ground FL N Church Street
Georgetown Grand Cayman,     KY1-1108


Context Advantage Fund LP
12626 Higa Pl
San Diego, CA  92128


Context Capital Management LLC
289 Greenwich Avenue Ste 4
Greenwich, CT  06830-6562


Context Capital Management LLC HQ
12626 High Bluff Dr
San Diego, CA  92130-2070


Crozier Fine Arts Inc.
525 West 20th Street
New York, NY  10011-2831

```
D.C. Electric
12 Old Country Road
Quogue, NY  11959


David Rosante
P.O. Box 1310
Quogue, NY  11959


Direct TV
P.O. Box 11732
Newark, NJ  07101


Dockers Waterside Restaurant & Marina
94 Dune Road
P.O. Box 681
East Quogue, NY  11942-0681


Dreier LLP
C/O Sheila Gowan, Chapter 11 Trustee
620 Eighth Avenue, 39th Fl
New York, NY  10018


East End Sanitation
P.O. Bos 289
West Hampton Bay, NY  11978


Elisa Dreier
425 East 58th Street, 37 A/B
New York, NY  10022


Elisa Dreier
425 East 58th Street, 37A/B And 38 A
New York, NY  10022
```

Elliot Associates, LP
712 5th Avenue
New York, NY  10019-4108

Epiq Bankruptcy Solutions, LLC
Claims Agent
757 Third Avenue, 3rd Floor
New York, NY  10017

Epsilon
66 Avenue Des Gobelins
Paris,     75013

Eton Park Asset Management
825 Third Avenue 8th Fl
New York, NY  10022

Fidelity National Property And Casualty
Charles Goodman And Co Ltd
1210 Pleasantville Road
Briarcliff Manor, NY  10510

FilWaTec, Inc.
3013 NE 12th Terrace
Oakland Park, FL  33334

Fleishman Hillard
Postal Station A
P.O. Box 8886
Toronto Ontario M5W 1P8,      Canada

Fortress Credit Corp
1345 Ave Of The Americas
New York, NY  10020-1300

G.C. Painting
216 West Montauk Highway
Hampton Bays, NY  11946


Gandia Blasco
217 East 59th Street
New York, NY  10022


Green Turf
24 Chestnut Street
Coram, NY  11727


GSO Capital Partners LP
280 Park Avenue F 11
New York, NY  10017-1216


GSO Capital Partners LP
11 Greenway Pl Ste 3050
Houston, TX  77046-1122


Hallak Cleaners
1232 2nd Avenue
New York, NY  10021


Hampton Pest Control
P.O. Box 6687
Qougue, NY  11959


Hampton Watercraft Marina
296 Newton Road
Hampton Bays, NY  11946


Harmoni Club
4 East 60th Street
New York, NY  10022

International Detail
2266 Barry Avenue
Los Angeles, CA  90064


J Tortorella Pools
296 West Montauk Highway
Hampton, NY  11946


Jackie Dreier
425 East 58th Street 37 A/B And 38A
New York, NY  10022


John Filker
102 West 130th Street, #1
New York, NY  10027


Jointly Administered Estates of         *del*
360 Networks (USA) Et Al.
2101 4th Avenue Ste 2000
Seattle, WA  98121-2314


JP Morgan Chase
National Legal Processing
451 Florida Street, 3rd Floor
Baton Rougue, LA  70826


Law Offices of Gerald L. Shargel
570 Lexington Avenue, 45th Floor
New York, NY  10022


Lexington 58th Street Parking
150 East 58th Street
New York, NY  10155

Long Island Power Authority
Brooklyn Union Of Long Island
175 East Old Country Road
Hicksville, NY  11801


Lynn Conte
P.O. Box 271
Quogue, NY  11959


Mastercard
Cardmember Services
P.O. Box 15153
Wilmington, DE  19886


Mendenhall Fuel
575 Montauk Highway
East Quogue, NY  11942


Meyer Venture Partners, LP
767 5th Avenue 18th Floor
New York, NY  10153


Michael Algozzino
371 Riverhead Road
Westhampton Beach, NY  11978


Michael Braverman Design
150 West 25th Street, Suite 402
New York, NY  10001


MTC Security
P.O. Box 1706
East Quogue, NY  11959

New York State Department Of Labor
Unemployment Insurance Division
P.O. Box 15122
Albany, NY  12212-5122


Novator
25 Park Avenue
Mayfair
London,      W1K1RA


Novator Credit Luxembourg SARI
16 Rue Jean L'Aveugle
Luxembourg,      L-1148


NYS Dept Of Taxation And Finance
Bankruptcy Unit - TCD
Bldg 8 Rm 455 W.A. Harriman State Campus
Albany, NY  12227


Official Committee Of Unsecured Creditor
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY  10019


One Beacon Court
200 Madison Avenue, 5th Floor
New York, NY  10016


Ontario Teacher's Pension Plan
5650 Yonge St
Toronto
Ontario,      M2M 4H5


Ontario Teacher's Pension Plan
375 Park Avenue Ste 3508
New York, NY  10152

Peconic Propane
3947 Middle Country Road
Calverton, NY  11933


Perella Weinberg Partners
767 5th Avenue Fl 5
New York, NY  10153-0008


Peter Insull's
La Gallerie Du Port
8 Boulevard D'aguillon
0660 Antibes France,


Phillip Marks
92 Lois Street
Bristol, CT  06010-7544


Plant Specialists
42-25 Vernon Boulevard
Long Island City, NY  11101


ProCorM
247 Old Riverhead Road
West Hampton, NY  11978


Solow Realty Development Company
9 W 57th Street Ste 4500
New York, NY  10019-2701


Spencer Dreier
151 East 58th Street, #34C
New York, NY  10022


Suffolk County Water
2045 Route 112, Suite 5
Coram, NY  11727

Swimming Pools Schoeck
102 Old Riverhead Road
Westhampton Beach, NY  11978


Time Warner Cable
P.O. Box 9227
Uniondale, NY  11555


Town Of Southampton
Theresa Kiernan Reciever Of Taxes
116 Hampton Road
Southampton, NY  11968


Twin Maples
P.O. Box 161
East Moriches, NY  11940


Velvet Touch
780 East 133rd Street
Bronx, NY  10454


Verition Fund Management LLC
1 American Ln
Greenwich, CT  06831-2560


Verizon
C/O Bankruptcy Group
3900 Wasthington Stree, Floor1
Wilmington, DE  19802


Viola Sommer
C/O Rosenberg & Estis, PC
733 Third Avenue
New York, NY  10017

Wachovia
C/O McCarter & English LLP
245 Park Avenue, 27th Floor
New York, NY  10167


Wachovia Financial Services Inc.
P.O. Box 60557
Charlotte, NC  28260


Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY  10019-6099


Winter Bros
1198 Prospect Avenue
Westbury, NY  11590


Xerion Partners I LLC
2 American Ln
Greenwich, CT  06831-2559


Yann Geron, Esq.
Fox Rothschild, LLP
100 Park Avenue, Suite 1500
New York, NY  10017


Zachary Mosner
Attorney General Of Washington State
900 Fourth Avenue 20th Fl
Seattle, WA  98164