ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
(212) 210-9400
Craig Carpenito
Alexander S. Lorenzo
-and-
John E. Stephenson, Jr. (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 881-7000

*Attorneys for Paul Gardi and
Alex Interactive Media, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE:

DREIER LLP

        Debtor.

Chapter 11

Case No. 08-15051 (SMB)

------------------------------------------------------------------X

IN RE:

MARC S. DREIER

        Debtor.

Chapter 7

Case No. 09-10371 (SMB)

------------------------------------------------------------------X

**APPELLANTS' STATEMENT OF ISSUES TO BE PRESENTED
ON APPEAL AND DESIGNATION OF CONTENTS OF THE RECORD**

   Pursuant to Federal Rule of Bankruptcy Procedure 8006, Paul Gardi and Alex Interactive Media, LLC (the "Gardi Parties"), as appellants, hereby submit the following designation of items to be included in the record on appeal and statement of issues to be presented in connection with the Notice of Appeal to the United States District Court for the Southern District of New

York, dated August 5, 2010, filed by the Gardi Parties with the United States Bankruptcy Court for the Southern District of New York from the Order, entered in the above-captioned actions on July 22, 2010 (the "Order") by the United States Bankruptcy Court for the Southern District of New York (Hon. Stuart M. Bernstein).

## STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred as a matter of law in approving the settlement agreement (the "Verition Settlement") as among the Chapter 11 Trustee for Dreier LLP, the Chapter 7 Trustee for Marc S. Dreier (collectively, the "Trustees"), Verition Fund Management LLC, and Verition Multi-Strategy Master Fund, Ltd. (collectively, "Verition")?

2. Whether the Bankruptcy Court erred as a matter of law in finding that it was reasonable to award the Chapter 11 Bankruptcy Trustee the entire $9 million settlement payment made by Verition in connection with Verition's settlement with the Chapter 11 and Chapter 7 Estates of all potential preference claims against Verition arising from transfers to Verition from the JPMorgan Chase Bank Account ending in 5966 (the "5966 Account")?

## DESIGNATION OF CONTENTS OF RECORD

The Gardi Parties designate the following items for inclusion in the record on appeal:

| Case Name | Docket No/s. | Filing Date or Document Date | Description |
|---|---|---|---|
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 104 | February 10, 2009 | Trustee Gowan's Motion to Authorize the Release of Trust Funds Determined Not to be Property of the Estate |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 161 | March 4, 2009 | Notice of Settlement of an Order Authorizing Trustee Gowan to Release Trust Funds Determined Not to be Part of the Bankruptcy Estate |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 167 | March 10, 2009 | Order Authorizing Trustee Gowan to Release Trust Funds Determined Not to Be Part of the Bankruptcy Estate |

- 2 -

LEGAL02/32119460v2

| Case Name | Docket No/s. | Filing Date or Document Date | Description |
|---|---|---|---|
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 337, 338 | January 8, 2010 | Trustee Gowan's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of Agreements ("Trustee Gowan's Motion for Approval of GSO Agreements") |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 344, 345, 346 | January 15, 2010 | Gardi Parties' Motion for an Order Granting Relief from the Automatic Stay ("Gardi Parties' Motion for Relief from Stay") |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 355 | January 26, 2010 | Fortress Investment Group, LLC's Objection to the Gardi Parties' Motion for Relief from Stay |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 356 | January 26, 2010 | Official Committee of Unsecured Creditors' Objection to the Gardi Parties' Motion for Relief from Stay |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 359 | January 26, 2010 | Trustee Gowan's Objection to the Gardi Parties' Motion for Relief from Stay |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 363 | January 27, 2010 | Perella Weinberg Partners Xerion Master Fund Ltd's Limited Objection to Trustee Gowan's Motion for Approval of GSO Agreements |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 364, 365 | January 27, 2010 | Gardi Parties' Objection to Trustee's Motion for Approval of GSO Agreements |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 366, 367 | January 27, 2010 | Eton Park, Fortress, and Concordia Funds' Objection to Trustees' Motions for Approval of GSO Agreements |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 371 | February 1, 2010 | Trustee Gowan's Reply in Support of Motion for Approval of GSO Agreements |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 372 | February 1, 2010 | Statement of GSO Capital Partners LP in Support of Trustees' Motion for Approval of GSO Agreements |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 373 | February 1, 2010 | Statement of U.S.A. in Support of Trustees' Motion for Approval of GSO Agreements |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 376 | February 2, 2010 | Transcript of Hearing Re Trustee Gowan's Motion to Approve Settlement Agreement with GSO Parties |

| Case Name | Docket No/s. | Filing Date or Document Date | Description |
|---|---|---|---|
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 377 | February 8, 2010 | Memorandum Order signed on February 5, 2010 by the Honorable Jed S. Rakoff, United States District Judge |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 520 | April 28, 2010 | Memorandum Decision Denying Motions to Approve GSO Settlements and Lift the Automatic Stay |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 535 | May 4, 2010 | Notice of Settlement of an Order Denying Without Prejudice the Trustees' Motion for Approval of GSO Agreements and Denying Without Prejudice the Gardi Parties' Motion for Relief from Stay |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 540, 541 | May 6, 2010 | Trustee's Renewed Motion Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of Agreements (the "Renewed Motion for Approval of GSO Agreements") |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 553 | May 12, 2010 | Order Denying Without Prejudice the Trustees' Motions for Approval of GSO Settlement Agreement and Coordination Agreement, and Denying without Prejudice the Gardi Parties' Motion for an Order Granting Relief from the Stay |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 555 | May 12, 2010 | Trustee's Amended Motion to Approve Verition Settlement |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 556 | May 12, 2010 | Gardi Parties' Notice of Appeal of order denying Motion for Relief from Stay |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 569 | May 20, 2010 | Gardi Parties' Objection to the Renewed Motion for Approval of GSO Agreements |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 571 | May 21, 2010 | Trustees' Motion to Approve Trustees' Agreement (the "Joint Trustees Settlement") |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 588 | May 26, 2010 | Gardi Parties' Designation of Record and Issues on Appeal |

LEGAL02/32119460v2

| Case Name | Docket No/s. | Filing Date or Document Date | Description |
|---|---|---|---|
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 589 | May 26, 2010 | GSO Parties' Response to the Gardi Parties' Objection to the Renewed Motion for Approval of GSO Agreements |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 600 | June 3, 2010 | Transcript of hearing held on May 27, 2010 regarding Renewed Motion for Approval of GSO Agreements |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 610 | June 9, 2010 | Order Granting Renewed Motion for Approval of GSO Agreements |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 611 | June 9, 2010 | Gardi Parties' Objection to motion to approve Verition Settlement |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 612 | June 9, 2010 | Official Committee of Unsecured Creditors' Objection to motion to approve Verition Settlement |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 613 | June 9, 2010 | Gardi Parties' Objection to motion to approve Joint Trustees Settlement |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 616 | June 10, 2010 | Memorandum Endorsed Letter Denying the Gardi Parties' Adjournment Request |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 619 | June 14, 2010 | Trustee's Notice of Filing of Revised Proposed Order regarding Verition Settlement |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 622 | June 23, 2010 | Gardi Parties' Notice of Appeal of Order granting renewed motion for approval of GSO Agreements |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 623, 624, 625 | June 23, 2010 | Order to Show Cause/Gardi Parties' Emergency Motion for Stay Pending Appeal/Supporting Affidavit of Alexander S. Lorenzo |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 629 | June 24, 2010 | Declaration of Trustee Gowan in support of motion for Joint Trustees Settlement |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 630 | June 24, 2010 | Signed Order to Show Cause |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 632 | June 21, 2010 | Transcript regarding hearing held on June 16, 2010 regarding, inter alia, motion to approve Verition Settlement |

| Case Name | Docket No/s. | Filing Date or Document Date | Description |
|---|---|---|---|
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 635 | June 29, 2010 | The Official Committee of Unsecured Creditors' Objection to the Gardi Parties' Emergency Motion for Stay Pending Appeal |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 636 | June 29, 2010 | Trustee Gowan's Objection to the Gardi Parties' Emergency Motion for Stay Pending Appeal |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 637 | June 29, 2010 | GSO Parties' Objection to Gardi Parties' Emergency Motion for Stay Pending Appeal |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | -- | July 1, 2010 | Transcript of deposition of Trustee Gowan. |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 649 | July 9, 2010 | Declaration of Trustee Gowan in Support of Motion to Approve Verition Settlement |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 652 | July 13, 2010 | Trustee's Second Revised Proposed Order in regard to Verition Settlement |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 653 | June 30, 2010 | Transcript of hearing held on June 30, 2010 regarding Emergency Motion for Stay Pending Appeal |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 664 | July 22, 2010 | Order granting motion to approve Joint Trustees Settlement |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 665 | July 22, 2010 | Order granting amended motions to approve Verition Settlement |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 666 | July 23, 2010 | Transcript of hearing held on July 22, 2010 regarding, inter alia, motion to approve Verition Settlement. |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 673 | August 5, 2010 | Gardi Parties' Notice of Appeal of Order granting Joint Trustees Settlement |
| *In re Dreier LLP* Chapter 11 No. 08-15051 | 674 | August 5, 2010 | Gardi Parties' Notice of Appeal of Order granting Verition Settlement |

LEGAL02/32119460v2

| Case Name | Docket No/s. | Filing Date or Document Date | Description |
|---|---|---|---|
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 121, 122 | January 8, 2010 | Trustee LaMonica's Motion to Approve Compromise with Trustee Gowan, GSO Capital Partners LP, and the GSO Parties ("Trustee LaMonica's Motion for Approval of GSO Agreements") |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 127 | January 27, 2010 | Perella Weinberg Partners Xerion Master Fund Ltd.'s Limited Objection to Trustee LaMonica's Motion for Approval of GSO Agreements |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 128, 129 | January 27, 2010 | Eton Park Capital Management LP's Objection to Trustee LaMonica's Motion for Approval of GSO Agreements |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 131, 132 | January 27, 2010 | Gardi Parties' Objection to Trustee LaMonica's Motion for Approval of GSO Agreements |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 135 | January 29, 2010 | Trustee LaMonica's Reply in Further Support of Trustee LaMonica's Motion for Approval of GSO Agreements |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 136 | February 1, 2010 | Statement of GSO Capital Partners LP in Support of Trustee LaMonica's Motion for Approval of GSO Agreements |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 137 | February 1, 2010 | Statement of U.S.A. in Support of Trustee LaMonica's Motion for Approval of GSO Agreements |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 139 | February 2, 2010 | Transcript of hearing regarding Trustee's Motion to Approve Settlement Agreement with GSO Parties |

| Case Name | Docket No/s. | Filing Date or Document Date | Description |
|---|---|---|---|
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 140 | February 8, 2010 | Memorandum Order signed on February 5, 2010 by the Honorable Jed S. Rakoff, United States District Judge. |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | -- | April 12, 2010 | Transcript of the Audioconference of 341 Creditors Meeting at the Office of the United States Trustee |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 163 | April 28, 2010 | Memorandum Decision Denying Motions to Approve GSO Settlements and Lift the Automatic Stay |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 167 | May 4, 2010 | Notice of Settlement of an Order Denying Without Prejudice the Trustees' Motion for Approval of Agreements and Denying Without Prejudice the Gardi Parties' Motion for Relief from Stay |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 169 | May 12, 2010 | Order Signed Denying Without Prejudice the Trustees' Motions for Approval of GSO Settlement Agreement and Coordination Agreement, and Denying Without Prejudice |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 170 | May 12, 2010 | Gardi Parties' Notice of Appeal |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 171 | May 12, 2010 | Trustee LaMonica's Motion to Approve Compromise (Renewed), Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Approval of Certain Agreements ('Trustee LaMonica's Renewed Motion for Approval of GSO Agreements") |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 172, 173 | May 12, 2010 | Trustee LaMonica's Motion to Approve Verition Settlement |

| Case Name | Docket No/s. | Filing Date or Document Date | Description |
|---|---|---|---|
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 177 | May 20, 2010 | Gardi Parties' Objection to the Renewed Motion for Approval of GSO Agreements |
| *In re Dreier LLP* Chapter 7 No. 08-15051 | 178 | May 21, 2010 | Trustees' Joint Motion to Approve Trustees' Agreement (the "Joint Trustees Settlement") |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 180 | May 26, 2010 | Gardi Parties' Designation of Record and Issues on Appeal |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 181 | May 26, 2010 | GSO Parties' Objection to the Renewed Motion for Approval of GSO Agreements |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 189 | May 28, 2010 | Transcript of hearing held on May 27, 2010 regarding Renewed Motion for Approval of GSO Agreements |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 191 | June 9, 2010 | Order Granting Renewed Motion for Approval of GSO Agreements |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 192 | June 9, 2010 | Gardi Parties' Objection to the Motion for Approval of Verition Settlement |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 193 | June 9, 2010 | Gardi Parties' Objection to motion to approve Joint Trustees Settlement |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 197 | June 23, 2010 | Gardi Parties' Notice of Appeal |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 198, 199, 200 | June 23, 2010 | Gardi Parties' Order to Show Cause/Emergency Motion for Stay Pending Appeal/Supporting Affidavit of Alexander S. Lorenzo |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 201 | June 24, 2010 | Signed Order to Show Cause |

| Case Name | Docket No/s. | Filing Date or Document Date | Description |
| --- | --- | --- | --- |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 203 | June 21, 2010 | Transcript of hearing held on June 16, 2010 regarding, inter alia, the Verition Settlement |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 205 | June 29, 2010 | Trustee LaMonica's Opposition to the Gardi Parties' Emergency Motion for Stay Pending Appeal |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 207 | June 29, 2010 | GSO Parties' Objection to Gardi Parties' Emergency Motion for Stay Pending Appeal |
| *In re Marc S. Dreier* Chapter 7 No. 09-10371 | 212 | June 30, 2010 | Transcript of hearing held on June 30, 2010 regarding Emergency Motion for Stay Pending Appeal |
| *In re Dreier LLP* Chapter 7 No. 08-15051 | -- | July 1, 2010 | Transcript of deposition of Trustee Gowan. |
| *In re Dreier LLP* Chapter 7 No. 08-15051 | 213 | July 21, 2010 | Supplemental Statement of Trustee LaMonica in further support of motion to approve Joint Trustees' Settlement |
| *In re Dreier LLP* Chapter 7 No. 08-15051 | 215 | July 22, 2010 | Order granting Trustees' motion to approve Joint Trustees Settlement |
| *In re Dreier LLP* Chapter 7 No. 08-15051 | 216 | July 22, 2010 | Order granting Trustees' amended motions to approve Verition Settlement |
| *In re Dreier LLP* Chapter 7 No. 08-15051 | 220 | August 5, 2010 | Gardi Parties Notice of Appeal of the Order granting Trustees' motion to approve Joint Trustees Settlement |
| *In re Dreier LLP* Chapter 7 No. 08-15051 | 221 | August 5, 2010 | Gardi Parties' Notice of Appeal of the Order granting Trustees' amended motions to approve Verition Settlement |

LEGAL02/32119460v2

Dated: New York, New York
       August 19, 2010

                       **ALSTON & BIRD LLP**

                       /s/ Craig Carpenito
                       Craig Carpenito
                       Alexander S. Lorenzo
                       90 Park Avenue
                       New York, New York 10016
                       Tel: (212) 210-9400
                       -and-
                       John E. Stephenson, Jr.
                       (admitted *pro hac vice*)
                       One Atlantic Center
                       1201 West Peachtree Street
                       Atlanta, Georgia 30309
                       Tel: (404) 881-7000

                       *Attorneys for Paul Gardi and Alex Interactive Media, LLC*